IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGIS J. KARDOS,<br>Plaintiff, | )<br>) Civil Action No. 03-223 Erie<br>) |
| v. | ) Judge Sean J. McLaughlin<br>) |
| TAEGU TEC, INC. et al.,<br>Defendants. | )<br>)<br>) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

AND NOW COMES THE PLAINTIFF, by and through his undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(2) and with the consent of ALL DEFENDANTS, STIPULATES AND AGREES that, in light of the amicable resolution reached by PLAINTIFF as to his claims against ALL DEFENDANTS, this case is hereby DISMISSED WITH PREJUDICE and this matter should be CLOSED by the Court.

Respectfully submitted,                                Respectfully submitted,

_____                                _____
William B. Pentecost, Jr., Esq.                        Edwin H. Beachler, Esq.
Pa. I.D. No. 78054                                     Pa. I.D. No. 10911

Eckert Seamans Cherin & Mellott, LLC                   Caroselli, Beachler, McTiernan
600 Grant Street, 44th Floor                              & Conboy
U.S. Steel Tower                                       312 Boulevard of the Allies, 8th Floor
Pittsburgh, PA 15219                                   Pittsburgh, PA 15222
412.566.6087                                           412.391.9860
Counsel for Defendant                                  Counsel for Plaintiff
Osram Sylvania Corporation                             Regis J. Kardos

*[signature]*
Hilary C. Bonenberger Esq.
Pa. I.D. No. 86510
Swartz Campbell LLC
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
*Counsel for Sandvik Hard Materials*

*[signature]*

Gerard P. Egan, Esq.
Pa. I.D. No. 20744
Kenney Lennon & Egan
4 Woodland Lane
Malvern, PA 19355
*Counsel for Worlfram-Bergbau
und Huttengelsellschaft*

/s/ Jeffrey W. Krueger
Jeffrey W. Krueger
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd.
Ste. 200
Cleveland, OH 44131
(216) 642-3342
jwkrueger@wegmanlaw.com
Counsel for OMG Americas, Inc.

*[signature]*

Benjamin R. Barnett, Esq.
Pa. I.D. No. 90752
Dechert LLP
Circa Centre
2929 Arch Street
Philadelphia, PA 19104
Counsel for Defendant
Taegu Tec, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant Sylvania's **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served on all parties by depositing a copy thereof in the United States mail, postage prepaid, first class, addressed as follows on this ___3rd___ day of February, 2006:

Edwin H. Beachler, Esquire
Caroselli Beachler McTiernan & Conboy
312 Boulevard of the Allies, 8th Floor
Pittsburgh, PA  15222-1916

Hilary C. Bonenberger, Esquire
Swartz Campbell LLC
U.S. Steel Tower, Suite 4700
600 Grant Street
Pittsburgh, PA  15219

Benjamin R. Barnett, Esquire
Dechert, LLP
Circa Centre
2929 Arch Street
Philadelphia, PA  19104

Jeffrey W. Krueger, Esquire
Wegman, Hessler & Vanderburg
6055 Rockside Woods Boulevard, Suite 200
Cleveland, OH  44131

Gerard P. Egan, Esquire
Kenney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth, Meeting, PA  19462

_____
William B. Pentecost, Jr., Esquire