IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGIS J. KARDOS,<br>　　　Plaintiff, | )<br>) Civil Action No. 03-223 Erie<br>) |
| v. | ) Judge Sean J. McLaughlin<br>) |
| TAEGU TEC, INC. et al.,<br>　　　Defendants. | )<br>)<br>) |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon the parties' amicable resolution of this matter and their STIPULATION for dismissal with prejudice, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE and the Clerk is directed to mark this matter CLOSED.

_____
UNITED STATES DISTRICT JUDGE